# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00462 |
| Daryl Johnson | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 6/4/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Daryl Johnson                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 06/04/2021                                                         2021.06.04 16:37:43 -04'00'
                                                                     *Issuing officer's signature*

City and state:     Washington, D.C.             Robin M. Meriweather, U.S. Magistrate Judge
                                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/4/21, and the person was arrested on *(date)* 6/11/21
at *(city and state)* Saint Ansgar, Iowa.

Date: 6/11/21

*Arresting officer's signature*

Special Agent Lisa Sorgi
*Printed name and title*